UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**LILLIAN ELLIOTT, individual and**
**CHRISTOPHER ELLIOTT, individual**

    Plaintiffs,

v.                                        Case No:  3:19-cv-331-J-39MCR

**FIRST NATIONAL BANK OF AMERICA**, **INC.,**
a foreign entity,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiffs hereby notify the Court that Plaintiffs and Defendant, have reached a settlement in principle in this action.  Upon full execution of a settlement agreement and compliance with all terms set forth therein, this matter will be dismissed, with prejudice.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the foregoing has been filed via CM/ECF, which will notify Defendant's counsel on this 8th day of April 2020.

                                      **SWIFT, ISRINGHAUS & DUBBELD P.A.**

                                      /s/ *Jon P. Dubbeld*
                                      **Aaron M. Swift, Esq., FBN 0093088**
                                      **Jordan T. Isringhaus, Esq., FBN 0091487**
                                      **Jon P. Dubbeld, Esq., FBN 105869**
                                      **Sean E. McEleney, Esq., FBN 125561**
                                      10460 Roosevelt Blvd. North
                                      Suite 313
                                      St. Petersburg, FL 33703
                                      Phone: (727) 755-3676
                                      Fax: (727) 255-5332
                                      aswift@swift-law.com
                                      jisringhaus@swift-law.com

jdubbeld@swift-law.com
smceleney@swift-law.com
*Counsel for Plaintiff*