UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**LILLIAN ELLIOTT, individual and**
**CHRISTOPHER ELLIOTT, individual,**

    **Plaintiffs,**

v.                                                 Case No.:  3:19-cv-331-J-39MCR

**FIRST NATIONAL BANK OF**
**AMERICA, INC., a foreign entity,**

    **Defendant.**
_____/

## ORDER

**THIS MATTER** comes before the Court on the Notice of Settlement (Doc. 10; Notice) filed on April 8, 2020.  In the Notice, Plaintiffs advise the Court that this case has been resolved.  See Notice at 1.

Accordingly, it is hereby

**ORDERED:**

1. The final pretrial conference scheduled for August 26, 2020 is **CANCELLED** and this case is **REMOVED** from the September 8, 2020 trial term.

2. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order of the Court.

3. The parties shall have until **June 8, 2020**, to file a joint stipulated form of final order or judgment or move this Court upon good cause to reopen the case.

4. If the parties have not so stipulated or moved the Court by the **June 8, 2020** deadline, this case automatically will be dismissed without prejudice, and the Clerk shall **close** the file without further order of the Court.

**DONE** and **ORDERED** in Jacksonville, Florida this  10th  day of April, 2024.

_____
BRIAN J. DAVIS
United States District Judge

*Copies furnished to:*

Counsel of Record
Unrepresented Parties

*ap*